No. 217. CARPENTERO, ALIAS LLANOS, v. HOGAN, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Hyman M. Greenstein* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 220. MICHIGAN NATIONAL BANK v. GIDNEY, COMPTROLLER OF THE CURRENCY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John Lord O'Brian, James B. Alley* and *Daniel M. Gribbon* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Doub* and *Paul A. Sweeney* for respondent.

No. 277. DISTRICT OF COLUMBIA v. FADELEY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for petitioner. *Charles T. Akre* for respondents.

No. 278. AMOS v. PULLMAN COMPANY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William F. McDonnell* for petitioner. *John E. Powell, Arthur P. Drury* and *John M. Lynham* for respondent.

No. 283. FURMAN v. UNITED STATES. Court of Claims. Certiorari denied. *Emanuel Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.